UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

UNITED STATES OF AMERICA, )
) Criminal No. 02-30006-MAP
v. )
)
Joseph R. Schmidt, )
Defendant. )

2002 AUG 19  P 1: 30

U.S. DISTRICT COU...
DISTRICT OF MASS.

**UNITED STATES' MOTION FOR
ISSUANCE OF A FINAL ORDER OF FORFEITURE**

 DOCKETED

The United States of America, by its attorney, Donald K. Stern, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 2253 (a). In support thereof, the United States sets forth the following:

1.   On February 11, 2002, the United States Attorney for the District of Massachusetts filed a three-count Information charging the above-captioned defendant with Use of a Means of Interstate Commerce to Persuade a Minor to Engage in a Sexual Act, 18 U.S.C. § 2422(b); with Travel with Intent to Engage in Sexual Act with a Juvenile, 18 U.S.C. § 2423(b), and Criminal Forfeiture allegations pursuant to 18 U.S.C. § 2253(a).

2.   The Forfeiture Allegation sought the forfeiture, pursuant to 18 U.S.C. § 2253(a), of any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations; including:

✓ Allowed. See order.
Michael A. Ponsor USDJ  DOCKETED
8-20-02

13