UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 02-30006-MAP |
| v. | ) | |
| | ) | |
| Joseph R. Schmidt, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

Ponsor, D.J.,

WHEREAS, On February 11, 2002, the United States Attorney for the District of Massachusetts filed a three-count Information charging the above-captioned defendant with Use of a Means of Interstate Commerce to Persuade a Minor to Engage in a Sexual Act, 18 U.S.C. § 2422(b); with Travel with Intent to Engage in Sexual Act with a Juvenile, 18 U.S.C. § 2423(b), and Criminal Forfeiture allegations pursuant to 18 U.S.C. § 2253(a);

WHEREAS, the Forfeiture Allegation sought the forfeiture, pursuant to 18 U.S.C. § 2253(a), of any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations;including: One Dell CPU, with keyboard, monitor and speakers, One Intel camera and microphone, 1 Altec subwoofer, 1 Microter Scanner, 1 Epson Printer, related computer equipment and related disks (the "computer equipment") that were seized by law enforcement officials from his residence at 13 Prospect Avenue, Randolph, Vermont, on or about January 8, 2001.

WHEREAS, on or about February 11, 2002, the Defendant

entered a plea of guilty to the Information;

WHEREAS, on April 15, 2002, this Court endorsed a Preliminary Order of Forfeiture, which authorized the United States Marshals Service to seize and take custody and control of the computer equipment;

WHEREAS, the Preliminary Order of Forfeiture required the United States Marshals Service to publish notice of forfeiture pursuant to 18 U.S.C. § 2253(m)(1). On July 4, 11 and 18, 2002, a Notice of Order of Forfeiture was published in the <u>Springfield Union News</u> newspaper;

WHEREAS, to date no other claims of interest in the above-described properties have been filed with the Court and the time for filing such claims has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for Issuance of a Final Order of Forfeiture is allowed.

2. All right, title, and interest in following assets, is hereby condemned, forfeited, and vested in the United States of America in accordance with 18 U.S.C. § 2253(m)(7);
One Dell CPU, with keyboard, monitor and speakers, One Intel camera and microphone, 1 Altec subwoofer, 1 Microter Scanner, 1 Epson Printer, related computer equipment and related disks being the computer equipment seized by law enforcement officials from the Defendant's residence at 13 Prospect Avenue, Randolph,

Vermont, on January 8, 2001 (the "Computer Equipment").

3. Any parties claiming any right, title, or interest in the above-forfeited assets, including but not limited to Thomas Hussey are hereby declared in default. The United States Marshal Service is hereby authorized to dispose of the above-referenced asset in accordance with applicable law.

DONE and ORDERED in Boston, Massachusetts this 20th day of August, 2002.

Dated:

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE

N:\GHilgemeier\sdw\Kidporn\Schmidt\finalord.wpd